**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                          PLAINTIFF

v.                                    No. 4:13CR00217-03 JLH

JUSTIN LAMAR WILLIAMS                                          DEFENDANT

## ORDER

Pending before the Court is the government's Motion to Continue the hearing on defendant Justin Lamar Williams's motion to suppress statement, which is currently set for Wednesday, February 26, 2014. Without objection, the motion is GRANTED. Document #51.

The hearing on defendant Williams's motion to suppress statement is hereby rescheduled for **MONDAY, FEBRUARY 24, 2014, at 2:00 P.M.,** in Courtroom #4-D, Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, Little Rock, Arkansas. Document #45.

IT IS SO ORDERED this 5th day of February, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE